UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-60618-CIV-MARTINEZ-BROWN**

FRANCINE GOLDIN, on her own behalf and
others similarly situated, and MADELYNE
BRAZEL,

    Plaintiffs,

vs.

SCHOOL OF HEALTH CAREER, INC., a
Florida corporation, and RANDY PROTO,
individually,

    Defendants.
_____/

## FINAL ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice **(D.E. No. 17)**, which was filed on September 8, 2008, indicating that the parties had reached a settlement. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Plaintiffs have filed copies of the parties' Settlement Agreements **(D.E. Nos. 17-2, 17-3)** for the Court to review. After careful consideration of the Settlement Agreements, the Court finds that they represent a fair and reasonable resolution of a bona fide FLSA suit. *See Lynns' Food Stores, Inc.*, 679 F.2d at 1353. Accordingly, it is hereby:

    **ORDERED and ADJUDGED** that this action be DISMISSED with prejudice. This

Court shall retain jurisdiction to enforce the terms of the Settlement Agreements.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record